### UNITED STATES v. LEHIGH VALLEY R. CO.

(District Court, E. D. Pennsylvania. December 17, 1910.)

#### Nos. 23 and 24.

Criminal prosecution against the Lehigh Valley Railroad Company. On motion and reasons for new trial. Overruled.

J. Whitaker Thompson, for the United States.
J. F. Schaperkotter, for defendant.

HOLLAND, District Judge. This case was tried at the same time before the same jury that tried the indictments against the Philadelphia & Reading Railway Company (Nos. 25 and 26 of March Sessions, 1910) 184 Fed.

543. A motion and a number of reasons for a new trial were filed. There is no reason set forth in this case that has not already been considered in the case against the Philadelphia & Reading Railway Company, and, for the reasons stated in that case, the motion is overruled.